UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEON GODFREY,<br>            Plaintiff,<br><br>vs.<br><br>JACKOSN'S BERR & WINE, INC. and<br>CURTIS JACKSON,<br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3262-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with a lawful order of the Court pursuant to Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia, this 12th day of April, 2016.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                          By:    s/ A. Coleman
                                 Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 13, 2016
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
       Deputy Clerk